UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States Courts
Southern District of Texas
FILED

JUN 1 4 2004

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| THEODORE ALLEN SNELLING, JR. and CHERRI JENE SNELLING | § § § | |
| VS. | § § § | C.A. No. C-03-323 Jury |
| BRIDGESTONE/FIRESTONE NORTH AMERICAN TIRE, LLC; GENERAL MOTORS CORPORATION; and GCR TRUCK TIRE CENTER | § § § § § | |

## JOINT REPORT ON MEDIATION

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COME NOW, Plaintiffs, Theadore Snelling, Jr. and Cherri Snelling, Defendants Bridgestone/Firestone North American Tire, LLC, Successor to Bridgestone/Firestone, Inc. and BFS Retail and Commercial Operations, L.L.C. (collectively "Firestone"), and Intervenor, Liberty Mutual Fire Insurance Company, and file this Joint Report on Mediation pursuant to this Court's Order for Referral to Mediation. In support thereof, the parties provide this Court the following:

I.

Although the parties have agreed to extend the deadline for reporting results of mediation to the Court, on June 10, 2004, Plaintiffs, Firestone and their counsel participated in an informal mediation and attempted in good faith to negotiate a settlement of this matter. The case did not settle. However, it is anticipated that the parties will continue their efforts to achieve a resolution of the case.


38

Respectfully submitted,

**THE GALLAGHER LAW FIRM**

By: *Michael T. Gallagher* w/ permission
Michael T. Gallagher                by Ann Hennis
State Bar No. 07586000                S.D. No. 5911
S.D. Tex. Bar No. 5395                Ann Hennis
777 Walker Street, Suite 2500
Houston, Texas 77002
(713) 222-8080
(713) 222-0066

**ATTORNEYS FOR PLAINTIFFS,
THEODORE ALLEN SNELLING, JR. and
CHERRIE JENE SNELLING**


**VINSON & ELKINS L.L.P.**

By: *Knox D. Nunnally* w/ permission
Knox D. Nunnally                by Ann Hennis
State Bar No. 15141000
S.D. Tex. Bar No. 1282
1001 Fannin, Suite 2300
Houston, Texas 77002-6760
Telephone: (713) 758-2416
Facsimile: (713) 615-5220

**ATTORNEYS FOR DEFENDANT,
BRIDGESTONE/FIRESTONE NORTH
AMERICAN TIRE, L.L.C. and BFS
RETAIL & COMMERICAL
OPERATIONS, L.L.C.**

**BEAN, BEAN & BROTHERS, L.L.P.**

By: _Frank Bean_ * w/ permission by _[signature]_
Frank Bean
State Bar No. 01958000
S.D. Tex. Bar No. 4231
Two Memorial City Plaza
820 Gessner, Suite 1500
Houston, Texas 77024
(713) 463-7500
(713) 463-7779

**ATTORNEYS FOR INTERVENOR,
LIBERTY MUTUAL FIRE INSURANCE COMPANY**

**\* Signed by Permission**

## CERTIFICATE OF SERVICE

     I certify that on the ___14th___ day of **June, 2004** the foregoing instrument was served on all counsel of record by fax transmission.

***Attorney-In-Charge for Plaintiffs:***
Michael T. Gallagher, lead counsel
777 Walker Street, Suite 2500
Houston, Texas 77002

***Attorney-In-Charge for Intervenor:***
Frank Bean
Bean, Bean & Brothers, L.L.P.
Two Memorial City Plaza
820 Gessner, Suite 1500
Houston, Texas 77024

 

_____
Benjamin F.S. Elmore  w/ permission
by Ann Hem__